**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SANDRA BERRELLEZA ABOYTES, | Case No.: 2:26-cv-01772-APG-NJK |
| Plaintiff | **Order Deeming Order to Show Cause Satisfied** |
| v. | |
| AMERICAN NATIONAL PROPERTY AND CASUALTY CO., | |
| Defendant | |

In light of defendant American National Property and Casualty Company's response to the order to show cause (ECF No. 6),

I ORDER that the order to show cause is satisfied, and I will not remand this case to the state court for lack of subject matter jurisdiction at this time.

DATED this 29th day of June, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE