**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Sandra Berrelleza Aboytes,

Plaintiff,

v.

American National Property and Casualty Co.,

Defendant.

Case No. 2:26-cv-01772-APG-NJK

**Order**

[Docket No. 12]

Pending before the Court is Defendant's motion for leave to extend FRCP Rule 26 initial document disclosure deadline one day, to permit Defendant to serve inadvertently late initial document disclosure. Docket No. 12. Defendant submits that Plaintiff does not oppose the motion. *Id.* at 1.

For good cause and excusable neglect shown, the Court **GRANTS** Defendant's motion. Docket No. 12.

IT IS SO ORDERED.

Dated: July 23, 2026.

Nancy J. Koppe
United States Magistrate Judge