STEPHEN H. ROGERS, ESQ.
Nevada Bar No. 5755
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 South Third Street
Las Vegas, Nevada 89101
Telephone: (702) 383-3400
Facsimile: (702) 384-1460
Email: srogers@rmcmlaw.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SANDRA BERRELLEZA ABOYTES, an individual,

Plaintiff,

vs.

AMERICAN NATIONAL PROPERTY AND CASUALTY CO., a foreign corporation; DOE INDIVIDUALS 1 through 20; ROE CORPORATIONS 1 through 20, inclusive

Defendants.

CASE NO. : 2:26-cv-01772-APG-NJK

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel of record, that all claims related to the Complaint in the above-entitled matter be dismissed with prejudice, all parties to bear their own costs and attorney's fees.

///

///

///

///

///

///

///

Trial has not been set and no motions are pending.

DATED this 29 day of Sept, 2026.

DIMOPOULOS INJURY LAW

Justin J. Zarcone, Esq.
Nevada Bar No. 8735
6671 South Las Vegas Blvd., Suite 275
Las Vegas, Nevada 89119
*Attorneys for Plaintiff*

DATED this 29th day of September, 2026.

ROGERS, MASTRANGELO, CARVALHO & MITCHELL

Stephen H. Rogers, Esq.
Nevada Bar No. 5755
700 South Third Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED** that pursuant to the Stipulation of the parties hereto, that this case may be dismissed with prejudice, each party to bear their own costs and attorneys' fees.

United States District Court Judge
September 30, 2026

Submitted by:

ROGERS, MASTRANGELO, CARVALHO & MITCHELL

Stephen H. Rogers, Esq.
Nevada Bar No. 5755
700 South Third Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*